UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

RE:                                   )
                                      )   Case No. 8:01-bk-15965-CPM
         Axxess HR 1 Inc.             )
                                      )   Judge - Catherine Peek McEwen
         Debtor(s)                    )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for GE Capital Commercial Inc., Claimant, hereby petitions the Court for $2,285.72, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to, Citicorp Vender Finance Inc., creditor.

The creditor did not receive the dividend check in the above case for the following reason:

At the time of the filing of this case, Citicorp Vender Finance Inc. had an address at: 1800 Overcenter Drive, Moberly, MO 65270. That address is no longer valid. The current address is listed below. The change in mailing address may have prevented the original dividend check from being cashed. Furthermore Citicorp Vendor Finance, Inc. merged with and into GE Capital Commercial Inc. as evidenced by exhibit A.

The creditor's current mailing address is:

GE Capital Commercial Inc.
Attn: Bruce J. Squillante Controller, Unclaimed Property
4211 Metro Parkway - MS 5A Unclaimed Property Division
Ft. Myers, FL 33916
239-275-2429
Last Four Digits of SSN/TIN: 0703

Dilks & Knopik, LLC now seeks to recover the funds from the Court's Registry. Wherefore, Dilks & Knopik, LLC prays that the Court order that a check in the amount of $2,285.72 made payable to GE Capital Commercial Inc. c/o Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 be issued form the Courts Registry.

Date: August 6, 2015

Brian J. Dilks
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216

Sworn and subscribed to, before me
this _____ day of August, 2015

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: August 9, 2015

## CERTIFICATE OF SERVICE OF APPLICATION

Notice is hereby given that on August 6, 2015 a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by U.S. Mail at the following addresses:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N .Tampa Street, Ste 3200
Tampa, FL 33602

U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

Axxess HR 1 Inc.
40 North Osprey Ave., Ste D
Sarasota, FL 34236

Scott D LaRue
Attorney for Debtor
2401 West Bay Drive, Suite 303
Largo, FL 33770

Furthermore, a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Middle District of Florida by electronic mail at the following email addresses:

Stephen L Meininger
Case Trustee
SLMeininger@earthlink.net

Dated: August 6, 2015

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for
GE Capital Commercial Inc.

## AFFIDAVIT OF SERVICE ON THE UNITED STATES ATTORNEY

In compliance with 28 USC section 2042, notice is hereby given that on <u>August 6, 2015</u> a <u>copy</u> of the Application for Release of Unclaimed Funds was served on the United States Attorney for the Middle District of Florida by U.S. Mail (postage fully paid) at the following addresses:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N .Tampa Street, Ste 3200
Tampa, FL 33602

Date: August 6, 2015

Brian F. Dilks
Dilks & Knopik, LLC

Sworn and subscribed to, before me this _____ day of ___August___, 20 15

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: <u>August 9, 2015</u>

## AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks of Dilks & Knopik, LLC</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that GE Capital Commercial Inc. is legally entitled to the unclaimed funds referenced in this application. To the best of my knowledge and belief, I am familiar with State of Florida requirements for acting in the capacity as a personal representative (or Attorney-in-fact).

Dated August 6, 2015

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for
GE Capital Commercial Inc.

| | |
|---|---|
| RE: Axxess HR I Inc. | Case: 8:01-bk-15965-CPM |
| | **AUTHORITY TO ACT** |
| | Limited Power of Attorney |
| | Limited to one Transaction |
| Debtor(s) | |

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **GE Capital Commercial Inc.** with a tax identification number of 13-2640703, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,285.72** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

Signature: [signed]  
Date: 7-22-15, 20__

Bruce J. Squillante  
Print Name

Controller, Unclaimed Property  
Title

Bruce J. Squillante  
Controller, Unclaimed Property  
Payables Solutions  
T +1 239 275 2429  
F +1 239 278 2588  
M +1 616 460 1614  
bruce.squillante@ge.com  
www.ge.com  
4211 Metro Parkway  
Fort Myers, FL 33916  
USA  
General Electric Company

Affix Corporate Seal Below  
[corporate seal affixed]

ACKNOWLEDGMENT

STATE OF FL  
COUNTY OF Lee

On this 22 day of July, 2015, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Bruce Squillante known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.

NOTARY PUBLIC: Lou Lamantate  
Residing at Lee County, FL.  
My Commission expires 7/2/2016







Jon R. Hauser
Vice President and Controller

3135 Easton Turnpike
Fairfield, CT 06828
USA

T +1 203 373 3234
F +1 203 373 3757
jon.hauser@ge.com

## Statement of Authority

The undersigned being duly sworn, states that the below listed individuals are authorized to execute all claim documents on behalf of General Electric Company, General Electric Capital Corporation and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf. Additionally, said individuals are also authorized to execute and deliver all documents pertaining to unclaimed securities and related dividends owned by General Electric Company, General Electric Capital Corporation and its subsidiaries. Such actions shall include, but not be limited to, transferring, endorsing, liquidating, and receiving unclaimed securities owned by General Electric Company, General Electric Capital Corporation and its subsidiaries.

Bruce Squillante- Unclaimed Property Controller
Burgner, Bob L. - Director - State and Local Taxes

GENERAL ELECTRIC COMPANY

Jon R. Hauser
Vice President and Controller
3135 Easton Turnpike - W3G
Fairfield, CT 06828
203-373-2444

Subscribed and sworn to me this 15th day of June, 2015

Notary Signature  Sharon DeDonato

Printed Name  Sharon DeDonato

General Electric Company

```
                                          SOSID: 0350141
                                     Date Filed: 10/30/2008 9:34:00 AM
                                          Elaine F. Marshall
                                     North Carolina Secretary of State
                                          C200830300291
```

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE CERTIFICATE OF MERGER, WHICH MERGES:

"CITICORP VENDOR FINANCE, INC.", A DELAWARE CORPORATION,

WITH AND INTO "GE CAPITAL COMMERCIAL INC." UNDER THE NAME OF "GE CAPITAL COMMERCIAL INC.", A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, WAS RECEIVED AND FILED IN THIS OFFICE THE FOURTH DAY OF AUGUST, A.D. 2008, AT 12:14 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION SHALL BE GOVERNED BY THE LAWS OF THE STATE OF DELAWARE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

2105570   8330

081049645

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6919872

DATE: 10-20-08

Exhibit A
Page 1 of 1