United States Bankruptcy Court
Middle District of Florida

In re:                                                                                    Case No. 01-15965-CPM
Axxess Hr I  Inc.                                                                         Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-8          User: glaura              Page 1 of 1           Date Rcvd: Nov 03, 2015
                              Form ID: Doclose          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2015.
aty            +Raymond T. Elligett, Attorney For Trustee,    3003 W Azeele Street, Ste 100,
                 Tampa, FL 33609-3147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2015 at the address(es) listed below:
              Herbert R Donica, Attorney for Trustee    on behalf of Trustee Stephen L Meininger
               ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;harrison@donicalaw.com;hrdecf@gmail.com;ecf-cae@donicalaw.com;herb@ecf.infor
               uptcy.com
              Herbert R Donica, Attorney for Trustee    on behalf of Plaintiff    Stephen L Meininger, Chapter 7
               Trustee ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;harrison@donicalaw.com;hrdecf@gmail.com;ecf-cae@donicalaw.com;herb@ecf.infor
               uptcy.com
              Herbert R Donica, Attorney for Trustee    on behalf of Plaintiff Stephen L Meininger
               ecf-hrd@donicalaw.com,
               ecf-cd@donicalaw.com;harrison@donicalaw.com;hrdecf@gmail.com;ecf-cae@donicalaw.com;herb@ecf.infor
               uptcy.com
              Stephen L Meininger    SLMeininger@earthlink.net,   smeininger@ecf.epiqsystems.com;FL38@ecfcbis.com
              United States Trustee - TPA7, 7    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                             TOTAL: 5

[Doclose] [Order Closing]

ORDERED.

Dated: November 3, 2015

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:   Case No. 8:01−bk−15965−CPM
         Chapter 7

Axxess Hr I Inc.

_____Debtor*_____/

ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE, CANCELING BOND, AND CLOSING ESTATE

The Court finds that the trustee in the above−captioned case has completed all disbursements, if any, as required, has rendered a full and complete account thereof, and has performed all duties required for the administration of this estate. Accordingly, it is

**ORDERED:**

1. The account of the trustee is approved and allowed, the estate is fully administered, and the estate is closed.

2. The trustee is discharged from and relieved of the trust, the bond of the trustee is canceled, and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

3. All motions/objections/applications that have not been resolved are denied as moot.

4. The Clerk shall dispose of any exhibits left unclaimed in any matter or proceeding unless notified by the appropriate party within 30 days.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both the debtors in a case filed jointly by two individuals.